1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2723

5  Attorney for Plaintiff

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    2:08-cv-2074 JAM-GGH
                                      )
12          Plaintiff,                )    **STIPULATION FOR STAY OF**
                                      )    **FURTHER PROCEEDINGS AND**
13     v.                             )    **ORDER**
                                      )
14 REAL PROPERTY LOCATED AT 12001     )
   VICTORY BOULEVARD, NORTH HOLLYWOOD,)
15 CALIFORNIA, LOS ANGELES COUNTY,    )    DATE:     N/A
   APN: 2322-007-056, INCLUDING ALL   )    TIME:     N/A
16 APPURTENANCES AND IMPROVEMENTS     )    COURTROOM:N/A
   THERETO,                           )
17                                    )
            Defendant.                )
18 _____ )

19

20      Plaintiff United States of America, and Claimants Adib Sirope,

21 Rimoun Mansour, and Universal Bank, by and through their respective

22 counsel, hereby stipulate that a stay is necessary in the above-

23 entitled action, and request that the Court enter an order staying

24 all further proceedings for a period of six months pending the

25 outcome of a related criminal investigation against claimants Sirope

26 and Mansour.

27      1.  Claimant Sirope and Mansour filed a claim to the defendant

28                                    1

1  property on October 20, 2008, and filed an Answer to the complaint
2  on November 6, 2008.  Claimant Universal Bank filed its claim and
3  answer on September 24, 2008.

4     2.   The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1)
5  and 981(g)(2).  The plaintiff contends that Sirope and Mansour and
6  other conspired to defraud the California Board of Equalization out
7  of excise taxes due on the sale of tobacco products in California.
8  The plaintiff alleges that the U.S. mail and interstate
9  communications systems were used to perpetrate the fraud.  Claimants
10  Sirope and Mansour deny these allegations, and claimant Universal
11  Bank contends it is an innocent owner within the meaning of the
12  federal forfeiture statutes.

13     3.   To date claimants Sirope and Mansour, the owners of the
14  property, have not been charged with any criminal offense by state,
15  local, or federal authorities, and the statute of limitations has
16  not expired on potential criminal charges relating to the fraud
17  scheme.   Nevertheless, the plaintiff intends to depose Sirope and
18  Mansour regarding their claim to the defendant property, their
19  operation of Pay-Less Wholesale Tobacco, and their business dealings
20  with others in the tobacco industry.  If discovery proceeds at this
21  time, Sirope and Mansour will be placed in the difficult position of
22  either invoking their Fifth Amendment rights against self-
23  incrimination and losing the ability to pursue their claim to the
24  defendant real property, or waiving their Fifth Amendment right and
25  submitting to a deposition and potentially incriminating themselves.
26  If either person invokes his Fifth Amendment right, the plaintiff
27  will be deprived of the ability to explore the factual basis for the

28                                 2

1 | claims they filed with this court.

2 |     4.   In addition, claimants intend to depose the law
3 | enforcement agents involved in this investigation.  Allowing
4 | depositions of the law enforcement officers at this time would
5 | adversely affect the ability of federal authorities to investigate
6 | the underlying criminal conduct.

7 |     5.   The parties recognize that proceeding with this action at
8 | this time has potential adverse affects on the investigation of the
9 | underlying criminal conduct and/or upon claimant's ability to prove
10 | his claim to the property and assert any defenses to forfeiture.
11 | For these reasons, the parties jointly request that this matter be
12 | stayed for six months.  At that time the parties will advise the
13 | court of the status of the criminal investigation, if any, and will
14 | advise the court whether a further stay is necessary.

15 |
16 | Dated: January 30, 2009          LAWRENCE G. BROWN
                                       Acting United States Attorney

17 |
18 |                            By    /s/ Kristin S. Door
                                       KRISTIN S. DOOR
                                       Assistant U.S. Attorney
19 |                                   Attorneys for Plaintiff
                                       United States of America

20 |
21 | Dated: February 4, 2009          GERAGOS & GERAGOS

22 |
23 |                            By    /s/ Shepard S. Kopp
                                       SHEPARD S. KOPP
                                       Attorneys for claimants
24 |                                   Adib Sirope and Rimoun Mansour

25 |
26 | //
27 | //
28 |                                       3

1  Dated: February 3, 2009        HURON LAW GROUP

2
                                By   /s/ Jeffrey Huron
3                                    JEFFREY HURON
                                     Attorneys for claimant
4                                    Universal Bank

5                                    (Original signatures retained by
                                     Plaintiff's counsel)
6

7                                **ORDER**

8        For the reasons set forth above, this matter is stayed pursuant

9  to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) for a period of six months.

10 On or before August 1, 2009, the parties will advise the court

11 whether a further stay is necessary.

12

13 IT IS SO ORDERED.

14 Dated: February 4, 2009
                                        /s/ John  A. Mendez
15                                      JOHN A. MENDEZ
                                        UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28                                      4