BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CV-02074-JAM-GGH |
| ) | |
| Plaintiff, ) | STIPULATION FOR DISMISSAL |
| ) | WITH PREJUDICE AND ORDER |
| v. ) | CERTIFICATE OF |
| ) | REASONABLE CAUSE |
| REAL PROPERTY LOCATED AT 12001 ) | |
| VICTORY BOULEVARD, NORTH HOLLYWOOD,) | |
| CALIFORNIA, LOS ANGELES COUNTY, ) | |
| APN: 2322-007-056, INCLUDING ALL ) | |
| APPURTENANCES AND IMPROVEMENTS ) | |
| THERETO, ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated by and between plaintiff United States of America and claimants Adib Sirope, Rimoun Mansour, and Universal Bank, by and through their respective counsel of record, as follows:

    1. The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

    2. The parties are to bear their own costs and attorney fees.

    3. There was probable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable

///

Cause pursuant to 28 U.S.C. § 2465.

DATED: 2/28/11                              BENJAMIN B. WAGNER
                                            United States Attorney

                                      By:   /s/ Kelli L. Taylor
                                            KELLI L. TAYLOR
                                            Assistant U.S. Attorney

DATED: 03-01-11                             GERAGOS & GERAGOS

                                      By:   /s/ Mark J. Geragos
                                            MARK J. GERAGOS
                                            Attorneys for claimants
                                            Adib Sirope and Rimoun Mansour

DATED: Feb 18, 2011                         HURON LAW GROUP

                                      By:   /s/ Jeffrey Huron
                                            JEFFREY HURON
                                            Attorneys for claimant
                                            Universal Bank
                                            (Original signatures retained by attorney)

   IT IS SO ORDERED.

DATED: 3/2/2011
                                            /s/ John A. Mendez
                                            JOHN A. MENDEZ
                                            United States District Court

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 4, 2008, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

DATED: 3/2/2011                             /s/ John A. Mendez
                                            JOHN A. MENDEZ
                                            United States District Court